**Mandip SINGH; Kamaljit Singh, Petitioners,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 08–72926.

United States Court of Appeals, Ninth Circuit.

Submitted July 19, 2010.*

Filed June 28, 2011.

Olumide Kolawole Obayemi, Esquire, The Law Offices of Olumide K. Obayemi, San Leandro, CA, for Petitioners.

Lance Lomond Jolley, Esquire, Trial, OIL, DOJ–U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: B. FLETCHER, REINHARDT, and WARDLAW, Circuit Judges.

MEMORANDUM **

Mandip Singh and Kamaljit Singh, natives and citizens of India, petition for review of the Board of Immigration Appeals' ("BIA") decision denying their third motion to reopen. We have jurisdiction

under 8 U.S.C. § 1252. We review for abuse of discretion, *Lin v. Holder,* 588 F.3d 981, 984 (9th Cir.2009), and we deny the petition for review.

In its June 2008 order, the BIA did not abuse its discretion by denying petitioners' third motion to reopen as untimely and numerically barred, where it was filed three years after the BIA's final order of removal, and petitioners failed to establish any exception to the time and number bars. *See* 8 C.F.R. § 1003.2(c)(2).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

